No. 496. Waite et al. v. United States;

No. 497. Same v. Crooks, Collector of Internal Revenue; and

No. 498. Hibbard, Administratrix, et al. v. Crooks, Collector of Internal Revenue. January 13, 1930. Petition for writs of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. Mr. Allen McReynolds for petitioners. Solicitor General Hughes, Assistant Attorney General Youngquist, and Messrs. Claude R. Branch, Sewall Key, M. K. Rothschild, W. Marvin Smith, Clarence M. Charest, and Ottamar Hamele for respondents.

No. 502. Hoffer Oil Corp'n v. Carpenter. January 13, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. Mr. Leonard M. Levy for petitioner. Mr. Stephen A. George for respondent.

No. 504. Illinois Central R. Co. v. City of Mayfield et al. January 13, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied: Messrs. Edmund F. Trabue, John C. Doolan, Robert V. Fletcher, and Charles N. Burch for petitioner. Mr. W. V. Gregory for respondents.

No. 505. Powell v. Washington. January 13, 1930. Petition for writ of certiorari to the Supreme Court of Washington denied. Mr. Charles H. Miller for petitioner. Mr. James W. Bryan for respondent.

No. 506. Highland Milk Condensing Co. v. Phillips, Collector of Internal Revenue. January 13,

1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Hugh Satterlee* for petitioner. *Solicitor General Hughes, Assistant Attorney General Youngquist,* and *Messrs. Claude R. Branch, Sewall Key,* and *Clarence M. Charest* for respondent.

No. 507. LISCIO *v.* CAMPBELL, FEDERAL PROHIBITION ADMINISTRATOR, ET AL. January 13, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Charles Dickerman Williams* for petitioner. *Solicitor General Hughes, Assistant Attorney General Youngquist,* and *Messrs. Claude R. Branch, John Henry McEvers,* and *W. Marvin Smith* for respondents.

No. 508. ORIOLE PHONOGRAPH CO. ET AL. *v.* KANSAS CITY FABRIC PRODUCTS CO. ET AL. January 13, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. George H. English* and *Thomas Hackney* for petitioners. *Mr. H. B. Manard* for respondents.

No. 512. MARTIN *v.* MARTIN ET AL. January 13, 1930. Petition for writ of certiorari to the Supreme Court of Appeals of West Virginia denied. *Mr. J. Raymond Gordon* for petitioner. *Mr. Harold A. Ritz* for respondents.

No. 529. GULF SMOKELESS COAL CO. ET AL. *v.* SUTTON, STEELE & STEELE ET AL. January 13, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. Walter L. Fisher* and